IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| TERRY SCHULING, | : | Civil Action No. 4:09-CV-00177 |
| Plaintiff, | : | |
| vs. | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : | |
| Defendant. | : | |

## DISMISSAL WITH PREJUDICE

Plaintiff, Terry Schuling, by her attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice.

Respectfully submitted this ___ day of _____, 2009.

_____
RAY JOHNSON
AT0004019
JOHNSON LAW FIRM
950 Office Park Rd.
Suite 335
West Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com